IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN M. SCHWARTZ,

    Plaintiff,

  v.

Case No. 19-cv-964-bbc

REED A. RICHARDSON
AND JAMIE BARKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                2/25/2020

Peter Oppeneer, Clerk of Court              Date